l.  Declaration of Francis C. Poli in Support of TOPrS Settlement and Reorganizing Debtors' Sixth Amended Joint Plan of Reorganization (To be filed, docket TBD)

m.  Declaration of Patrick T. DeLacey in Support of TOPrS Settlement and Reorganizing Debtors' Sixth Amended Joint Plan of Reorganization (To be filed, docket TBD)

20.  Notice of Motion and Motion to Approve Settlement By and Among Gary C. Wendt, Conseco, Inc. and Bankers Life and Casualty Co., and Motion to Authorize Reorganizing Debtors to Assume Certain, and Reject Other, Executory Contracts (Filed 8/25/2003, docket 5592)

    a.  Declaration of Service Filed by James Myers (Filed 8/28/2003, docket TBD)

21.  Exhibit A to Reorganizing Debtors' Motion For an Order (A) Approving Settlement By and Among Gary C. Wendt, Conseco, Inc. and Bankers Life and Casualty Company; and (B) Authorizing the Reorganizing Debtors to Assume Certain, and Reject Other, Executory Contracts (Filed 8/26/2003, docket 5607)

    a.  Declaration of Service Filed by James Myers (Filed 8/29/2003, docket TBD)

22.  Third Amended Summary of Objections to Confirmation of Reorganizing Debtors' Fifth Amended Joint Plan of Reorganization (Filed 9/4/2003, docket 5762)

23.  Third Amended Declaration of Claims Agent Regarding Status of General Unsecured Claims Against Reorganizing Debtors (Filed 9/4/2003, docket 5761)

24.  Reorganizing Debtors' Sixth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (To be filed before the confirmation hearing)

    a.  Declaration of Service (To be filed, docket TBD)

25.  Redline Copy of Reorganizing Debtors' Sixth Amended Joint Plan of Reorganization Marked Against Fifth Amended Joint Plan of Reorganization (To be filed before the confirmation hearing)

    a.  Declaration of Service (To be filed, docket TBD)

26.  Reorganizing Debtors' 1129(a)(4) Disclosure (Filed 9/4/2003, docket 5759)

27.  Reorganizing Debtors' Final Release Opt Out Report (to be presented at the Final Confirmation Hearing on September 9, 2003)

    a.  Declaration of Service (To be filed, docket TBD)

28.  Reorganizing Debtors' Final TOPrS Settlement Opt Out Report (to be presented at the Final Confirmation Hearing on September 9, 2003)

    a. Declaration of Service (To be filed, docket TBD)

29.  Reorganizing Debtors' Final Declaration of Voting Agent Regarding Tabulation of Votes in Connection With the Reorganizing Debtors' Joint Plan of Reorganization (to be presented at the Final Confirmation Hearing on September 9, 2003)

    a. Declaration of Service (To be filed, docket TBD)

30.  Motion to Approve Transfer of Director and Officer Loans (Filed 9/5/2003, docket 5796)

    a. Rule 9011 Certification Regarding Request for Emergency Hearing (Filed 9/5/2003, docket 5797)

    b. Declaration of Service Re Motion (To be filed, docket TBD)

31.  Addendum to Third Amended Plan Supplement (To be filed, docket TBD)

32.  Notice of Intent to be Listed on New York Stock Exchange and Proposed Modification to Certificate of Designations for New CNC Preferred Stock (To be filed, docket TBD)

## EXHIBIT B

### Claims to be Disallowed as a Result of Contract Assumption

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | C/O BLAS EXCESS 4570 WESTGROVE DR STE 245 ADDISON, TX 75001-5394 | INSURANCE POLICY: DDXG21638362011001 (EXCESS BOND - LAYER 5) | | 49672-s3128 |
| ACE USA | WESTCHESTER FIRE INSURANCE COMPANY 140 BROADWAY 40TH FL NEW YORK, NY 10005-1101 | INSURANCE POLICY: DON0463399 (DIRECTORS & OFFICERS LIABILITY - PRIMARY LAYER) | | 49672-s3209 |
| ACE USA | 140 BROADWAY, 40TH FL NEW YORK, NY 10005-1101 | INSURANCE POLICY: EONG2163762001 (PROFESSIONAL LIABILITY INS FOR AGTS AND BROKERS) | | 49672-s3189 |
| ACE USA/ILLINOIS UNION INSURANCE COMPANY | C/O BLAS EXCESS 4570 WESTGROVE DR STE 245 ADDISON, TX 75001-5394 | INSURANCE POLICY: DONG216484822A (FIDUCIARY LIABILITY) | | 49672-s3186 |
| AGG RISK MANAGEMENT, INC | ONE CLEVELAND CENTER 1375 E 9TH ST CLEVELAND, OH 44114-1739 | INSURANCE POLICY: 4653407 (WORK COMP-AOS), 4653408 (WC-CA) AND 4653409 (WC-WI) | | 49672-s3206 |
| AON CORPORATION | 101 UNIVERSITY AVE PALO ALTO, CA 94301-1636 | LICENSE & SERVICES AGREEMENT | | 49672-s3129 |
| ALLEN SYSTEMS GROUP, INC. | 1333 THIRD AVENUE SOUTH NAPLES, FL 34102-6400 | SOFTWARE LICENSE AGREEMENT ADDENDUM | | 49672-s3259 |
| AM BEST COMPANY, INC. | AMBEST ROAD OLDWICK, NJ 08858 | A.M. BEST DATABASE LICENSE AGREEMENT | | 49672-s4660 |
| AMERICAN NATIONAL BANK & TRUST | NKA BANK ONE, N.A. ONE BANK ONE PLAZA SUITE IL 1-0126 CHICAGO, IL 60670-0126 | WIRE TRANSFER SERVICE SPECIFICATION EXHIBIT | | 49672-s4658 |
| ARCH INSURANCE GROUP | C/O BLAS EXCESS & SURPLUS LINES AGENCY OF TEXAS 4570 WESTGROVE, STE. 245 ADDISON, TX 75001 | INSURANCE POLICY: 11DDX1530500 (D&O LAYER #2 - CARRY FORWARD PROGRAM POLICY) (12/18/02-03) | | |
| AXCELERA SPECIALTY RISK | C/O AMERICAN INTERNATIONAL GROUP 175 WATER ST 30 TH FL NEW YORK, NY 10038-4918 | INSURANCE POLICY: BNX000003332-00 (D&O LAYER #5) | | 49672-s3213 |
| B I MOYLE AND ASSOCIATES, INC. | 5788 LINCOLN DRIVE MINNEAPOLIS, MN 55436-1608 | MIB FAST-TRACK PRODUCT LICENSE AGREEMENT (NON-MEMBER) | | 49672-s3135 |
| BANK OF AMERICA | ATTN: DENISE STEWART 231 S LASALLE ST 20TH FL #2036 CHICAGO, IL 60697 | COLLATERAL ASSIGNMENT AND SECURITY AGREEMENT | | 49672-s4660 |
| BANK OF AMERICA | ATTN: DENISE STEWART 231 S LASALLE ST 20TH FL #2036 CHICAGO, IL 60697 | AUTHORIZATION AND AGREEMENT FOR CASH MANAGEMENT SERVICES | | 49672-s4659 |
| BANK OF AMERICA NA (ADDITIONAL ADDRESS) | ATTN: BRIDGET GARAVALIA 231 SOUTH LASALLE ST CHICAGO, IL 60604 | | | 49672-s4659/s4660 |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| BANK OF AMERICA (ADDITIONAL ADDRESS) | ATTN: LINDA TAYLOR<br>101 SOUTH TYRON ST<br>CHARLOTTE, NC 28255 | | | 49672-s4659/4660 |
| BANK ONE, N.A. | ONE BANK ONE PLAZA<br>SUITE IL 1-0126<br>CHICAGO, IL 60670-0126 | TREASURY MANAGEMENT SERVICE AGREEMENT | | 49672-s4667 |
| BANK ONE, SPRINGFIELD | ONE BANK ONE PLAZA<br>SUITE IL 1-0126<br>CHICAGO, IL 60670-0126 | FUNDS TRANSFER AGREEMENT | | 49672-s4665 |
| BANK ONE, SPRINGFIELD | ONE BANK ONE PLAZA<br>SUITE IL 1-0126<br>CHICAGO, IL 60670-0126 | SERVICE AGREEMENT FOR ELECTRONIC FUNDS TRANSFERS UNDER THE MERIT SYSTEM | | 49672-s4666 |
| BANK ONE, SPRINGFIELD | ONE BANK ONE PLAZA<br>SUITE IL 1-0126<br>CHICAGO, IL 60670-0126 | AUTOMATED CLEARING HOUSE AGREEMENT | | 49672-s4664 |
| BANKERS NATIONAL LIFE INS. CO. | 11825 N. PENNSYLVANIA STREET<br>CARMEL, IN 46032-4555 | SUBLEASE OF LAND LEASE AGREEMENT HANGER 75 | | 49672-s3262 |
| BANKERS NATIONAL LIFE INS. CO. | 11825 N PENNSYLVANIA ST<br>CARMEL, IN 46032-4555 | LEASE AGREEMENT HANGER 75 | | 49672-s3263 |
| BANKERS NATIONAL LIFE INS. CO. | 11825 N PENNSYLVANIA ST<br>CARMEL, IN 46032-4555 | LEASE AGREEMENT HANGER 76 | | 49672-s3263 |
| BARRA, DAVID | 14361 COLBY CT<br>CARMEL, IN 46032 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $45,200.00 | 49672-IX08899 |
| BRADY, RICHARD | 7331 NO. OKETO AVE<br>CHICAGO, IL 60631 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $22,450.93 | 49672-s603 |
| CHARLES H. CREMENS | 345 HIGHLAND STREET<br>WESTON, MA 02493 | LETTER AGREEMENT DATED JANUARY 16, 2002 | | 49672-s684 |
| CHUBB GROUP OF INSURANCE COMPANIES | SEARS TOWER STE 4940<br>233 S WACKER DR<br>CHICAGO, IL 60606-6306 | INSURANCE POLICY #3576-81-04 (PROPERTY); #3576-81-05 (GENERAL LIABILITY);#74968934 (AUTO LIABILITY);#74968934 (AUTO PHYSICAL DAM | | 49672-s3199 |
| CHUBB GROUP OF INSURANCE COMPANIES | SEARS TOWER STE 4940<br>233 S WACKER DR<br>CHICAGO, IL 60606-6306 | INSURANCE POLICY: 35756012 (POLLUTION) | | 49672-s3203 |
| CHUBB GROUP OF INSURANCE COMPANIES | SEARS TOWER STE 4940<br>233 S WACKER DR<br>CHICAGO, IL 60606-6306 | INSURANCE POLICY: 8184401 (EXCESS BOND - LAYER 2) | | 49672-s3203 |
| CHUBB GROUP OF INSURANCE COMPANIES | SEARS TOWER STE 4940<br>233 S WACKER DR<br>CHICAGO, IL 60606-6306 | INSURANCE POLICY: 73171568 (WORLDNET) | | 49672-s3199 |
| CLANCY, ROBERT G. | 9461 W. WARNER AVENUE #410<br>CHICAGO, IL 60634 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $57,791.01 | 49672-s804 |
| CLEVENGER, JOHN D. | 1712 PACIFIC CASTLE PL<br>LAS VEGAS, NV 89144 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $40,085.71 | 49672-s605 |
| CDM SQUARED SYSTEMS | 2845 AMWILER ROAD, STE 250<br>ATLANTA, GA 30360-2805 | SOFTWARE MAINTENANCE AGREEMENT | | 49672-s3269 |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| COMMERCE ASSOCIATES, L.P. | ONE COMMERCE CENTER, SUITE 700, WILMINGTON, DE 19801-5401 | OFFICE LEASE AGREEMENT | | 49672-s3161 |
| CONSECO FINANCE CORP. | 1100 LANDMARK TOWERS, 345 ST PETER ST, SAINT PAUL, MN 55102-1639 | INDEMNIFICATION AGREEMENT RE CREDIT CARD PORTFOLIO SALE TO DIAL BANK | | 49672-s3281 |
| CONSECO FINANCE CORP. | 1100 LANDMARK TOWERS, 345 ST. PETER STREET, SAINT PAUL, MN 55102-1639 | INDEMNIFICATION AGREEMENT RE ASSET PURCHASE AGREEMENT WITH WELLS FARGO | | 49672-s3231 |
| CONSECO FINANCE CORP. (ADDITIONAL ADDRESS) | MONICA, CLARK ESQ, 50 SOUTH SIXTH ST, STE 1500, DORSEY & WHITNEY LLP, MINNEAPOLIS, MN 55402-1498 | | | 49672-s3281 |
| CONSECO LIFE INSURANCE COMPANY (BERMUDA) LIMITED | 11826 N PENNSYLVANIA ST, CARMEL, IN 46032-4555 | PARENTAL KEEP-WELL/CAPITAL COMMITMENT | | 49672-s4648 |
| CONTINENTAL CASUALTY COMPANY (C.N.A.) | C/O BLAS EXCESS, 4570 WESTGROVE DR STE 245, ADDISON, TX 75001-5394 | INSURANCE POLICY: 169905012 (EXCESS BOND - LAYER 4) | | 49672-s3182 |
| GRAFTON, JAMES | 3405 ADMIRAL LN, INDIANAPOLIS, IN 46240 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $35,873.58 | 49672-003148 |
| DAHL, ROBERT | 12554 ROYCE COURT, CARMEL, IN 46033 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $25.62 | 49672-s607 |
| DICK, ROLLIN | 9085 EAST STATE ROAD 334, ZIONSVILLE, IN 46077-8662 | LETTER AGREEMENT REGARDING PARTICIPATION IN 2000 NONEMPLOYEE WORK DOWN PLAN | | 49672-s4682 |
| DICK, ROLLIN | 9085 EAST STATE ROAD 334, ZIONSVILLE, IN 46077-8662 | CONSULTING AGREEMENT | | 49672-s3274 |
| DICK, ROLLIN | 9085 EAST STATE ROAD 334, ZIONSVILLE, IN 46077-8662 | LETTER AGREEMENT REGARDING PARTICIPATION IN WORK DOWN PLANS | | 49672-s4650 |
| DICK, ROLLIN | C/O DAVID H KLEIMAN, ONE AMERICAN SQ, STE 2300, DANN PECAR NEWMAN & KLEIMAN PC, INDIANAPOLIS, IN 46282 | | | 49672-s3274/s4650 |
| DISC, INC | 1314 BEDFORED AVENUE, BALTIMORE, MD 21208-5604 | MASTER SOFTWARE LICENSE AGREEMENT | | 49672-s3288 |
| EMC CORPORATION | 171 SOUTH STREET, HOPKINTON, MA 01748-9103 | AGREEMENT FOR SALE AGREEMENT FOR MAINTENANCE SERVICES | | 49672-s3137 |
| EXLSERVICE.COM (INDIA) PRIVATE LIMITED / EXLSERVICE.COM, INC (ADDITIONAL ADDRESS) | 350 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022-6022 | TRANSITION SERVICES AGREEMENT | $384,000.00 | 49672-008228 |
| FATTORI, RUTH | PO BOX 280, WILTON, CT 06897-0280 | CONFIDENTIAL SEVERANCE AGREEMENT | | 49672-s3109 |
| FEDERAL INSURANCE COMPANY (A/K/A CHUBB) | 15 MOUNTAIN VIEW RD, WARREN, NJ 07059 | REIMBURSEMENT, INDEMNIFICATION AND SECURITY AGREEMENT DATED AS OF OCTOBER 1, 2000 | $865,536.00 | 49672-008398 |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| FEDERAL INSURANCE COMPANY (A/K/A CHUBB) | 115 MOUNTAIN VIEW RD.<br>WARREN, NJ 07059 | REIMBURSEMENT, INDEMNIFICATION AND SECURITY<br>AGREEMENT DATED AS OF JANUARY 1, 2000 | $885,556.00 | 49672-008398 |
| FICS | 14265 MIDWAY RD, STE 200<br>DALLAS, TX 75244 | SOFTWARE LICENSE AGREEMENT | | 49672-s3138 |
| FIRST UNION NATIONAL BANK | CORPORATE TRUST DEPARTMENT<br>1525 WEST W.T. HARRIS BLVD.-3C3 | WIRE TRANSFER SCHEDULE INVISION SET-UP | | 49672-s4669 |
| FIRST UNION NATIONAL BANK<br>(ADDITIONAL ADRESS) | ATTN: CECIL BRIGHT<br>180 RIVER RD<br>SUMMIT, NJ 07901 | | | 49672-s4689 |
| FIRSTAR BANK | N/K/A US BANK, NA<br>C/O DAVID B GOROFF<br>330 N WABASH AVE #3300<br>CHICAGO, IL 60611-3603 | WHOLESALE LOCKBOX #78837, RETAIL LOCKBOX<br>#3118, AMENDMENT TO LOCKBOX AUTHORIZATION | | 49672-s4698 |
| FIRSTAR BANK (ADDITIONAL ADDRESS) | N/K/A US BANK, NA<br>ATTN: DEBRA ADAMS<br>800 NICOLLETT MALL<br>MINNEAPOLIS, MN 55402 | | | 49672-4658 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON | ATTN: VIVEK MELWANI<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004-1980 | ENGAGEMENT LETTER DATED ON OR ABOUT<br>AUGUST 15, 2002 | $260.00 | 49672-s4545 |
| PAGANTI, RANDALL T. | 1575 WHITE ASH DRIVE<br>CARMEL, IN 46033 | 1994 CONSECO, INC. DEFERRED COMPENSATION<br>PLAN | $25,375.41 | 49672-s608 |
| GARDNER, JOHN | 7972 GRAND BAY DRIVE<br>NAPLES, FL 34108-7555 | CONFIDENTIAL SETTLEMENT AGREEMENT AND<br>RELEASE | $2,304.00 | 49672-s00141 |
| ESGERO, DEB | C/O SUN AMERICA INC<br>1 SUN AMERICA CTR<br>LOS ANGELES, CA 90067 | 1994 CONSECO, INC. DEFERRED COMPENSATION<br>PLAN | $39,963.27 | 49672-000047 |
| GOOGLE, INC. | 2400 BAYSHORE PARKWAY<br>MOUNTAIN VIEW, GA 94043 | CONTRACT | | 49672-s3158 |
| GRANAHAN, PATRICK | 1030 SHERMER ROAD<br>NORTHBROOK, IL 60602 | 1994 CONSECO, INC. DEFERRED COMPENSATION<br>PLAN | $50,843.37 | 49672-001231 |
| GREAT AMERICAN INSURANCE COMPANIES | EXCESS LIABILITY DIVISION<br>700 DIXIE TERMINAL NORTH<br>49 E 4TH ST<br>CINCINNATI, OH 45202-3803 | INSURANCE POLICY: TUE3578967-00 (EXCESS<br>LIABILITY) | | 49672-s3165/s3168 |
| HARRIS TRUST AND SAVINGS BANK | ATTENTION WILLIAM BRODT<br>111 WEST MONROE STREET, 9E<br>CHICAGO, IL 60603 | WIRE TRANSFER SERVICE SUPPLEMENT, RE: CASH<br>MANAGEMENT SERVICES MASTER AGREEMENT<br>(COVERING PARENT CORPORATION AND APPROVED<br>SUBSI | | 49672-s4674 |
| HARRIS TRUST AND SAVINGS BANK | ATTENTION WILLIAM BRODT<br>111 WEST MONROE STREET, 9E<br>CHICAGO, IL 60603 | ADDENDUM TO CASH MANAGEMENT MASTER<br>SERVICES AGREEMENT FOR SUBSIDIARIES OF<br>CONSECO, INC., ITS SUBSIDIARIES AND AFFILIATES,<br>WIRE | | 49672-s4671 |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| HARRIS TRUST AND SAVINGS BANK | ATTENTION WILLIAM BRODT<br>111 WEST MONROE STREET, 9E<br>CHICAGO, IL 60603 | CASH MANAGEMENT SERVICES MASTER AGREEMENT (COVERING PARENT CORPORATION AND APPROVED SUBSIDIARIES) | | 49672-64670 |
| HARRIS TRUST AND SAVINGS BANK | ATTENTION WILLIAM BRODT<br>111 WEST MONROE STREET, 9E<br>CHICAGO, IL 60603 | RETAIL LOCKBOX SERVICE SUPPLEMENT, RE: CASH MANAGEMENT SERVICES MASTER AGREEMENT (COVERING PARENT CORPORATION AND APPROVED SUBS | | 49672-64673 |
| HARRIS TRUST AND SAVINGS BANK | ATTENTION WILLIAM BRODT<br>111 WEST MONROE STREET, 9E<br>CHICAGO, IL 60603 | WIRE TRANSFER AUTHORIZATION | | 49672-64676 |
| HARRIS TRUST AND SAVINGS BANK | ATTENTION WILLIAM BRODT<br>111 WEST MONROE STREET, 9E<br>CHICAGO, IL 60603 | WIRE TRANSFER SUPPLEMENT APPENDIX A WIRE ROOM SECURITY PROCEDURES | | 49672-64675 |
| HARRIS TRUST AND SAVINGS BANK | ATTENTION WILLIAM BRODT<br>111 WEST MONROE STREET, 9E<br>CHICAGO, IL 60603 | LOCKBOX SERVICE SUPPLEMENT, RE: CASH MANAGEMENT SERVICES MASTER AGREEMENT (COVERING PARENT CORPORATION AND APPROVED SUBSIDIARIES | | 49672-64672 |
| HILBERT, STEPHEN W. | 1143 W. 116TH STREET<br>CARMEL, IN 46032-8512 | LETTER AGREEMENT REGARDING PARTICIPATION IN 2000 NON-EMPLOYEE WORK DOWN PLAN | | 49672-63240 |
| HILBERT, STEPHEN W. | 1143 W. 116TH STREET<br>CARMEL, IN 46032-8512 | LETTER AGREEMENT REGARDING PARTICIPATION IN 1994 WORK DOWN PLAN | | 49672-63243 |
| HILL, TAMMY | 7515 HEARTLAND ROAD<br>INDIANAPOLIS, IN 46278 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $24,525.06 | 49672-611 |
| HOFMANN, HELEN | 6816 W. LEXINGTON LN<br>NILES, IL 60714 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $45,860.77 | 49672-6612 |
| HOULIHAN LOKEY HOWARD & ZUKIN | ATTN: P. ERIC SIEGERT<br>225 S. SIXTH STREET #4950<br>MINNEAPOLIS, MN 55402 | PREPETITION ENGAGEMENT LETTER DATED ON OR ABOUT AUGUST 27, 2002 | | 49672-6613 |
| INDIANAPOLIS AIRPORT AUTHORITY | 2500 S HIGH SCHOOL ROAD<br>BOX 100<br>INDIANAPOLIS, IN 46241-4961 | LAND LEASE AGREEMENT | | 49672-63116 |
| INVIVA, INC. | ATTN: CRAIG HAWLEY<br>9920 CORPORATE CAMPUS<br>STE 1000<br>LOUISVILLE, KY 40223 | AMENDED AND RESTATED STOCK PURCHASE AGREEMENT | | 49672-63296/4-0170 |
| JM LAFFERTY ASSOCIATES, INC. | 200 WEST MADISON STREET<br>CHICAGO, IL 60803 | LETTER AGREEMENT | | 49672-63279 |
| JNF HOLDING COMPANY AND INVIVA INC. | ATTN: CRAIG HAWLEY<br>9920 CORPORATE CAMPUS<br>STE 1000<br>LOUISVILLE, KY 40223 | CIVIC SALE CNC GUARANTY | | 49672-63254/6891 |
| KIRK, JILL A. | 12875 LIMBERLOST DR<br>CARMEL, IN 46033 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $13,200.93 | 49672-6613 |
| KLINE, JOHN R. | 12248 VOYAGEUR CT<br>INDIANAPOLIS, IN 46236-9262 | EMPLOYMENT AGREEMENT | | 49672-63111 |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| KUNSELMAN, LEROY | 163 GH CARTER DANVILLE, NH 03819 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $17,158.84 | 49672-3614 |
| LASSITER, GARLAND | 1304 HUMBLE COURT FORT WORTH, TX 76107-1536 | BENEFITS PROVIDED PURSUANT TO FORMER EMPLOYMENT AGREEMENT WITH TRANSPORT | | 49672-44563 |
| LUCENT TECHNOLOGIES, INC. | 2855 N FRANKLIN RD INDIANAPOLIS, IN 46219-1344 | PURCHASE/SERVICE AGREEMENT (CONTRACT 00133404624) | | 49672-3140 |
| MACKINNEY SYSTEMS | 2740 SOUTH GLENSTONE, #103 SPRINGFIELD, MI 65804-3737 | PROPRIETARY SOFTWARE PURCHASE AGREEMENT | | 49672-3141 |
| MAG GLOBAL FINANCIAL PRODUCTS, LLC | CLARENDON NATIONAL INSURANCE COMPANY 8 FOREST PARK DR FARMINGTON, CT 06032-1449 | INSURANCE POLICY: MAG2470020050000 (D&O - LAYER #2) | $17.72 | 49672-44311 |
| MAYBIN, RICHARD | 1917 E. 110TH ST INDIANAPOLIS, IN 46280 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $71,005.76 | 49672-0005671 |
| MCCULLOCH, BRUCE | 2338 LAWNDALE AVENUE EVANSTON, IL 60201 | WASHINGTON NATIONAL INSURANCE COMPANY SETTLEMENT AND STIPULATION AGREEMENT | $0.00 | 49674-000233 |
| MCI WORLDCOM | 8440 ALLISON POINTE BLVD. INDIANAPOLIS, IN 46250 | NON-DISCLOSURE AGREEMENT | | 49672-3153 |
| MCMULLEN, J. WILLIAM | LAKES AT ST LUCIE WEST 141 NW BENTLEY CIRCLE PORT ST LUCIE, FL 34986 | WASHINGTON NATIONAL INSURANCE COMPANY SETTLEMENT AND STIPULATION AGREEMENT | $0.00 | 49674-000233 |
| MELLON BANK | PO BOX 360628 PITTSBURGH, PA 15251-8528 | MELLON WORKBENCH SERVICES AGREEMENT | | 49672-44679 |
| MELLON BANK | PO BOX 360628 PITTSBURGH, PA 15251-8528 | MELLON GLOBAL CASH MANAGEMENT SERVICES, WIRE TRANSFER SERVICE, TELECASH SECURITY MASTER ID AUTHORIZATION FORM | | 49672-44677 |
| MELLON BANK | PO BOX 360628 PITTSBURGH, PA 15251-8528 | MELLON GLOBAL CASH MANAGEMENT SERVICES, CHECK PRESENTMENT ADVISORY SERVICE, ZERO BALANCE ACCOUNT FORM, POSITIVE PAY SERVICE FOR | | 49672-44681 |
| MELLON BANK | PO BOX 360628 PITTSBURGH, PA 15251-8528 | | | 49672-44680 |
| MELLON BANK | PO BOX 360628 PITTSBURGH, PA 15251-8528 | DISCLOSURE AND AUTHORIZATION FORM | | 49672-44678 |
| MELLON BANK | PO BOX 360628 PITTSBURGH, PA 15251-8528 | CUSTODY AGREEMENT | | 49672-44677 |
| MELLON BANK (ADDITIONAL ADDRESS) | ATTN: CHARLES A. ERKER 55 WEST MONROE, STE 2600 CHICAGO, IL 60603 | | | 49672-44693/44698 |
| MELLON INVESTOR SERVICES GROUP LLC | ATTN: STEPHEN J. DOLMATCH 85 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2108 | ASSET PURCHASE AGREEMENT | | 49672-43252 |
| MIR ALI MOHSIN KHAN | 1348 EAST ROSEHILL DRIVE CARMEL, IN 46032-6044 | AGREEMENT | $302,498.63 | 49674-000128 |
| MORISATO, SUSAN | 238 ARDMORE DES PLAINES, IL 60016 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $3,026.07 | 49672-3616 |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| MORTON, ROBERT | 6239 N. LENOX<br>CHICAGO, IL 60646 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $67,147.43 | 49672-6317 |
| MURPHY, DANIEL J | 2717 WOLVERINE WAY<br>ZIONSVILLE, IN 46077-8834 | EMPLOYMENT AGREEMENT | | 49672-5312 |
| NAPERSOFT, INC. | 40 SHUMAN BLVD.<br>NAPERVILLE, IL 60563-8466 | ADDENDUM #2 TO PERPETUAL LICENSE AGREEMENT NO. 84 | | 49672-6314 |
| NATIONAL CITY BANK | ONE NATIONAL CITY CTR., SUITE 200E<br>INDIANAPOLIS, IN 46255 | WIRE TRANSFER AGREEMENT | | 49672-4682 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (AIG) | 175 WATER ST<br>11TH FL<br>NEW YORK, NY 10038-4918 | INSURANCE POLICY 872-12-34 (D&O LAYER #3) | $21,604.00 | 49672-005649 |
| NATIONAL UNION INSURANCE COMPANY | C/O BLAIS EXCESS<br>4570 WESTGROVE DR STE 245<br>ADDISON, TX 75001-5394 | INSURANCE POLICY: 005617342 (FINANCIAL INST. BOND - LAYER 1) | $21,604.00 | 49672-005649 |
| NELSON, ARTHUR | 5021 BRYCE AVENUE<br>FORT WORTH, TX 76107-3609 | BENEFITS PROVIDED PURSUANT TO FORMER EMPLOYMENT AGREEMENT WITH TRANSPORT | | 49672-54564 |
| NETEC INTERNATIONAL | PO BOX 180549<br>DALLAS, TX 75218-0549 | STANDARD LICENSE AGREEMENT | | 49672-63144 |
| OAS CORPORATION | 112 N FIRST AVE, #301<br>ST CHARLES, IL 60174-1905 | END USER SOFTWARE LICENSE AGREEMENT AND ADDENDUM | | 49672-63145 |
| OAS CORPORATION | 112 N FIRST AVE, #301<br>ST CHARLES, IL 60174-1905 | AMENDMENT AND ASSIGNMENT OF LIMITED RIGHTS AGREEMENT | | 49672-63146 |
| OHIO CASUALTY GROUP | UMBRELLA DEPARTMENT<br>9450 SEWARD ROAD<br>FAIRFIELD, OH 45014-5456 | INSURANCE POLICY: ECO (03)52546113 (EXCESS LIABILITY) | | 49672-63164 |
| PACERS BASKETBALL CORPORATION | 300 EAST MARKET STREET<br>INDIANAPOLIS, IN 46204-2603 | LICENSE AGREEMENT | | 49672-6311B |
| PACERS BASKETBALL CORPORATION | 300 EAST MARKET STREET<br>ATTN: GENERAL MANAGER<br>INDIANAPOLIS, IN 46204-2603 | TITLE SPONSORSHIP AND LICENSE AGREEMENT | | 49672-63119 |
| PAYMENTECH, L.P. | 1601 ELM ST<br>DALLAS, TX 75201 | CREDIT CARD PROCESSING SERVICES AGREEMENT | | |
| PI MANAGEMENT RESOURCES | 11205 WRIGHT CIRCLE<br>STE 220<br>OMAHA, NE 68144-4719 | CLIENT AGREEMENT | | 49672-54553 |
| POLICY MANAGEMENT SYSTEMS CORPORATION | GENERAL INFORMATION SERVICES DIV<br>PO BOX 10<br>COLUMBIA, SC 29202-0010 | INFORMATION AGREEMENT | | 49672-63130 |
| PRAENDEX MIDWEST | 11717 BURT ST, STE 105#5<br>OMAHA, NE 68154 | CLIENT AGREEMENT | | |
| PRICEWATERHOUSECOOPERS, LLC | 2900 ONE AMERICAN SQUARE<br>BOX 82002<br>INDIANAPOLIS, IN 46282 | LETTER AGREEMENT REGARDING PREMIUM TAXES | | |
| RLI INSURANCE COMPANY | 3010 LBJ FREEWAY, STE 1020<br>DALLAS, TX 75234-7008 | INSURANCE POLICY EPG0001129A (EXTENDED FIDUCIARY COVERAGE) | | |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| SEDONA, INC. | 612 VALLEY VIEW DRIVE<br>MOLINE, IL 61265-6100 | EQUIPMENT PURCHASE AND SOFTWARE LICENSE AGREEMENT | | 49672-s3147 |
| SELDIN, RICHARD | 1221 HAVENWOOD WAY<br>CASTLE ROCK, CO 80104 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $206,820.87 | 49672-s618 |
| SELDIN, RICHARD | 1221 HAVENWOOD WAY<br>CASTLE ROCK, CO 80104-8292 | IPS RETIREMENT BENEFITS DEPENDANT MEDICAL COVERAGE | | 49672-s3290 |
| SHARPE, JOHN | 3700 ALICE CIRCLE<br>DALLAS, TX 75205-3805 | BENEFITS PROVIDED PURSUANT TO FORMER EMPLOYMENT AGREEMENT WITH TRANSPORT | | 49672-s5264,565 |
| SHEA, WILLIAM J | 11825 N PENNSYLVANIA STREET<br>CARMEL, IN 46032-4555 | AMENDED EMPLOYMENT AGREEMENT | | 49672-s3113 |
| STATE STREET BANK & TRUST COMPANY | PO BOX 5390<br>BOSTON, MA 02206 | DATA PROCESSING SERVICES AGREEMENT | | 49672-s4653 |
| STATE STREET BANK & TRUST COMPANY<br>(ADDITIONAL ADDRESS) | ROBERT C BUTZER<br>2 AVE DE LAFAYETTE<br>CORPORATE TRUST DEPT<br>BOSTON, MA 02111-1724 | DATA PROCESSING SERVICES AGREEMENT | | 49672-s4653 |
| STATE STREET BANK & TRUST COMPANY<br>(ADDITIONAL ADDRESS) | ATTN: RALPH HOYT<br>INSURANCE SERVICES<br>105 ROSEMONT RD<br>WESTWOOD, MA 02090-2318 | DATA PROCESSING SERVICES AGREEMENT | | 49672-s4653 |
| TAI INC. | 14315 S 108TH AVE, #210<br>ORLAND PARK, IL 60467-5701 | SOFTWARE LICENSE AGREEMENT AND SOFTWARE INSURANCE | | 49672-s3148 |
| TECHNOLOGIC SOFTWARE CONCEPTS, INC. | UNIVERSITY TOWER<br>4199 CAMPUS DRIVE<br>IRVINE, CA 92612-4694 | LICENSE AGREEMENT | | 49672-s3149 |
| TED JAMES PROFESSIONAL INDEMNITY AGENCY, INC. OF NY | 37 RADIO CIRCLE DRIVE<br>PO BOX 5000<br>ADDISON, TX 75001 | INSURANCE POLICY: LIBERTY INSURANCE UNDERWRITERS, INC. SPECIAL RISK POLICY 0763084-011 | | 49672-s4663 |
| TEXAS DEPARTMENT OF INSURANCE | SENIOR ASSOCIATE COMMISSIONER<br>TEXAS DEPARTMENT OF INSURANCE<br>MAIL CODE 305-2A<br>P.O. BOX 149104<br>AUSTIN, TX 78714-9104 | LETTER AGREEMENT DATED JULY 25, 2002 | | |
| THE BANK OF NEW YORK | INSURANCE TRUST & ESCROW<br>ATTENTION BOB MASSIMILLO<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10266 | BANK OF NEW YORK CASH REGISTER, THE BANK OF NEW YORK OFFICE MANAGER SUPPLEMENT | | 49672-s4682 |
| THE BANK OF NEW YORK | INSURANCE TRUST & ESCROW<br>ATTENTION BOB MASSIMILLO<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10266 | CUSTODY AGREEMENT | | 49672-s4683 |
| THE BANK OF NEW YORK | INSURANCE TRUST & ESCROW<br>ATTENTION: BOB MASSIMILLO<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10266 | CUSTODY AGREEMENT | | 49672-s4687 |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt. | Claim No. |
|---|---|---|---|---|
| THE BANK OF NEW YORK | INSURANCE TRUST & ESCROW ATTENTION: BOB MASSIMILLO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | FUNDS TRANSFER TELEPHONE INSTRUCTION AUTHORIZATION AGREEMENT | | 49672-s4661 |
| THE BANK OF NEW YORK | ATTN: JEFF WADE ONE WALL ST, 14TH FL NEW YORK, NY 19288 | CUSTODY AGREEMENT | | 49672-s4603/s4687 |
| THE CONTINUUM COMPANY, INC. | 400 W CESAR CHAVEZ APT 100 AUSTIN, TX 78701-3864 | ASSIGNMENT OF AGREEMENT | | 49672-s3150 |
| THE CONTINUUM COMPANY, INC. | 9500 ARBORETUM BLVD. AUSTIN, TX 78759 | ASSIGNMENT OF AGREEMENT | | 49672-s3150 |
| THOMSON FINANCIAL/CARSON | 156 WEST 56TH ST 10TH FLOOR CARMEL, IN 46032 | LETTER AGREEMENT | | 49672-s3278 |
| THOMSON WEALTH MANAGEMENT | 1455 RESEARCH BOULEVARD ROCKVILLE, MD 20850-3194 | VARIABLE ANNUITY PROGRAMMING ADDENDUM AND MASTER LICENSE AGREEMENT NO. 1007 | | 49672-s3257 |
| TILLINGHAST-TOWERS, PERRIN | 1200 RIVERPLACE BLVD, #610 JACKSONVILLE, FL 32207-1803 | CONSENT TO ASSIGNMENT | | 49672-s3151 |
| TOUCHSTONE SOFTWARE INTERNATIONAL | 3151 AIRWAY AVE, BLDG I-3 COSTA MESA, CA 92626-4524 | SOFTWARE LICENSE AGREEMENT AND LIMITED WARRANT | | 49672-s3132 |
| U.S. ZURICH | 105 E 17TH ST NEW YORK, NY 10003-2105 | INSURANCE POLICY: EOC3756636-00 (D&O LAYER #4) | | 49672-s3128 |
| U.S. ZURICH | 105 EAST 17TH STREET NEW YORK, NY 10003-2105 | INSURANCE POLICY: 3749086-00 (D&O LAYER #6) | | 49672-s3131 |
| UNIPRESS SOFTWARE | 2025 LINCOLN HIGHWAY EDISON, NJ 08817-3360 | POWERTERM | | 49672-s3131 |
| VANGUARD INTEGRITY PROFESSIONALS | 3035 E PATRICK LANE SUITE 11 LAS VEGAS, NV 89120 | SOFTWARE LICENSE AGREEMENT | | 49672-s3128 |
| VANGUARD INTEGRITY PROFESSIONALS (ADDITIONAL ADDRESS) | 2950 E FLAMINGO RD., STE D1 LAS VEGAS, NV 89121 | | | |
| VANTAGE COMPUTER SYSTEMS, INC. | 100 GREAT MEADOW ROAD WETHERSFIELD, CT 06109-2355 | NON-EXCLUSIVE PERPETUAL LICENSE AGREEMENT | | 49672-s3156 |
| VARILEASE TECHNOLOGY GROUP, INC. | 8451 BOULDER COURT WALLED LAKE, MI 48390-4105 | CORPORATE GUARANTEE SIGNED BY CONSECO, INC., RE MASTER LEASE AGREEMENT BETWEEN VARILEASE AND CONSECO SERVICES LLC | | 49672-s3265 |
| VERNON, DELORES | 710 N 878 WILLIAMSBURG DR ELGIN, IL 60123 | WASHINGTON NATIONAL INSURANCE COMPANY SETTLEMENT AND STIPULATION AGREEMENT | $0.00 | 49674-000233 |
| VISUAL DATA CORPORATION | 1291 SW 29TH AVENUE POMPANO BEACH, FL 33069 | NON-DISCLOSURE AGREEMENT | | 49672-s3152 |
| VOCUS | 4296 FORBES BLVD. LANHAM, MD 20706-4329 | VOCUS LICENSE AGREEMENT CA#10022 | | 49672-s3159 |
| WEAVER, CHRISTOPHER L. | 3815 POTOMAC AVE. DALLAS, TX 75205 | EMPLOYMENT AGREEMENT | | 49672-s3276 |

# CLAIMS TO BE DISALLOWED AS A RESULT OF CONTRACT ASSUMPTION

| Claimant | Address | Contract/Lease | Claim Amt | Claim No |
|---|---|---|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY | C/O REPATH MCAULEYWOODS, LLC<br>1801 CENTREPARK DR. E STE 250<br>WEST PALM BEACH, FL 33601 | INSURANCE POLICY CUA 7062784) (COMMERCIAL UMBRELLA) | | 49672-s3163 |
| WONG, HENRY | 658 WOODBINE DR<br>CARMEL, IN 46033 | 1994 CONSECO, INC. DEFERRED COMPENSATION PLAN | $18,858.48 | 49672-s619 |
| XL SPECIALTY INSURANCE COMPANY | C/O BLAIS EXCESS & SURPLUS LINES AGENCY OF TEXAS<br>4570 WESTGROVE, STE. 245<br>ADDISON, TX 75001 | INSURANCE POLICY: ELU83989-02 (D&O PRIMARY LAYER - CARRY FORWARD PROGRAM POLICY) (12/18/02-03) | | |
| | C/O BLAIS EXCESS<br>4570 WESTGROVE DR STE 245<br>ADDISON, TX 75001-5394 | INSURANCE POLICY: FID381657401 (EXCESS BOND - LAYER 3) | | |
| ZURICH AMERICAN INSURANCE COMPANY | | INSURANCE POLICY: EOC38195776-01 AND EOC3882336 | | |
| ZURICH NORTH AMERICA SPECIALTIES | 601 W 29TH ST, 5TH FL<br>NEW YORK, NY 10001-1101 | (AGENTS PROF. LIABILITY E&O) | $200,000.00 | 49672-008602 |

## EXHIBIT C

## Notice of Entry of Confirmation Order

EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **Conseco Inc., et al.,**[1] | ) | |
| | ) | **Case No. 02-49672** |
| Debtors. | ) | **Honorable Carol A. Doyle** |
| | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF ENTRY OF CONFIRMATION ORDER
AND ADMINISTRATIVE CLAIMS BAR DATE**

**Confirmation of the Plan.** The United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") entered an order (the "Confirmation Order") on September __, 2003 (the "Confirmation Date"), confirming the Reorganizing Debtors' Sixth Amended Joint Plan of Reorganization pursuant to Chapter 11 of the United States Bankruptcy Code (the "Plan").[2] A copy of the Plan and the Confirmation Order can be obtained by written request to: Bankruptcy Management Corporation, 1330 E. Franklin Ave., El Segundo, CA 90245; phone (310) 321-5555; fax (206) 374-2727. The Plan, the Plan Supplement and the Confirmation Order shall bind (i) the Debtors, (ii) the Reorganized Debtors, (iii) all holders of Claims against and Interests in any Debtor, whether or not impaired under the Plan and whether or not, if impaired, such holders accepted, rejected, or are deemed to have accepted or rejected the Plan, (iv) each Person acquiring property under the Plan, (v) all non-Debtor parties to executory contracts and unexpired leases with any Debtor, (vi) all entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan or the Confirmation Order, and (vii) each of the foregoing's respective heirs, successors, assigns, trustees, executors, administrators, affiliates, officers, directors, agents, representatives, attorneys, beneficiaries, or guardians, if any.

**Anticipated Effective Date.** The Debtors anticipate that the Effective Date will occur shortly after the Confirmation Date.

**Fee Applications of Professionals.** Any professional seeking an allowance for compensation or reimbursement of expenses pursuant to sections 327, 328, 330 or 1103 of the Bankruptcy Code shall, within **thirty days following the Confirmation Date**, file with this Court and serve on the following entities a final application for professional fees and expenses:

---

[1]   The Reorganizing Debtors are the following entities: (i) Conseco, Inc.; (ii) CIHC, Incorporated; (iii) CTIHC, Inc.; and (iv) Partners Health Group, Inc. (defined in the Confirmation Order, collectively, as the "Debtors" or "Reorganizing Debtors"). The Confirmation Order does not apply to the Finance Company Debtors (as defined in the Plan).

[2]   Capitalized terms not defined herein have the meaning given in the Plan.

| Bankruptcy Counsel to the Debtors and Counsel to the Post-Consummation Estate | The Office of the United States Trustee |
|---|---|
| Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Attn: Anne Marrs Huber, Esq.<br>and Roger Higgins, Esq. | 227 West Monroe St.<br>Suite 3350<br>Chicago, IL 60606<br>Attn: Richard Freedman, Esq. and<br>Gretchen Silver, Esq. |
| **Counsel to the Unsecured Creditors' Committee** | **Counsel for the Official Committee of Trust Preferred Debt Holders** |
| Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler, Esq. And<br>Vivek Melwani, Esq.<br><br>and<br><br>Mayer Brown Rowe & Maw<br>190 South La Salle Street<br>Chicago, Illinois 60603-3441<br>Attn: Thomas S. Kiriakos, Esq. | Jenner & Block, LLC<br>One IBM Plaza<br>Chicago, Illinois 60611<br>Attn: Daniel R. Murray, Esq. And<br>Catherine Steege, Esq.<br><br>and<br><br>Saul Ewing LLP<br>100 South Charles Street, 15th Floor<br>Baltimore, Maryland 21201<br>Attn: Irving E. Walker, Esq. |

**Administrative Claims Bar Date.** The Court has fixed [**Confirmation Date + 30 days**], **2003 at 4:00 p.m. (central time)** as the date (the "Administrative Claims Bar Date") by which all entities, including individuals, partnerships, corporations, estates, trusts and governmental units, as defined by 11 U.S.C. § 101(27), holding Administrative Claims against the Reorganizing Debtors **arising from and after December 17, 2002, through and including the Confirmation Date**, must file a request for allowance of such Administrative Claims. Any person who asserts such an Administrative Claim and wishes to have such Administrative Claim allowed by the Court and paid by Reorganizing Debtors must file a request for allowance of such Administrative Claim with Bankruptcy Management Corporation at the following address:

> **If by courier/hand deliver:**
> Bankruptcy Management Corp.
> Attn: Conseco, Inc. Claims Agent
> 1330 E. Franklin Avenue
> El Segundo, CA 90245

> **or, if by mail:**
> Bankruptcy Management Corp.
> Attn: Conseco, Inc. Claims Agent
> P.O. Box 1042
> El Segundo, CA 90245-1042

All requests for allowance of Administrative Claims must be submitted in a form in accordance with the Bankruptcy Code, the Bankruptcy Rules and the local rules of the United States Bankruptcy Court for the Northern District of Illinois. **SHOULD YOU FAIL TO FILE A TIMELY REQUEST FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM, SUCH (A) CLAIM SHALL NOT BE ALLOWED BY THE COURT OR (B) PAID BY THE DEBTORS.**

**This Notice is being sent to you by Court Order.**

Chicago, Illinois

Date: _____, 2003

KIRKLAND & ELLIS LLP

_____

James H.M. Sprayregen, P.C. (ARDC. No. 6190206)
Anne Marrs Huber (ARDC No. 6226828)
Anup Sathy (ARDC No. 6230191)
Roger J. Higgins (ARDC No. 6257915)
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Debtors and Debtors-In-Possession

# EXHIBIT D

## Reorganizing Debtors' Caption Post-Confirmation Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Conseco, Inc., <u>et al.</u>,[1] | ) | |
| | ) | Case No. 02 B49672 |
| Debtors. | ) | Honorable Carol A. Doyle |
| | ) | (Jointly Administered) |
| | ) | |

---

[1]   The Reorganizing Debtors are the following entities:   Conseco, Inc., CIHC, Incorporated, CTIHC, Inc., Partners Health Group, Inc.

I:\Project X\PostpetitionBoilerplate\post petition CNC
caption v2.doc

## **EXHIBIT E**

### **Finance Company Debtors' Caption Post-Confirmation Date**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                    )    Chapter 11
                                          )
Conseco Finance Corp., et al.,[1]         )    Case No. 02-49675
                                          )    Honorable Carol A. Doyle
              Debtors.                    )    (Jointly Administered)
                                          )
                                          )    **Hearing Date:**
                                          )    **Response Deadline:**

---

[1]   The Finance Company Debtors comprise the following entities:  (i) Conseco Finance Corp. and Conseco Finance Servicing Corp. (collectively, the "CFC Debtors"), (ii) Conseco Finance Corp. - Alabama, Conseco Finance Credit Corp., Conseco Finance Consumer Discount Company, Conseco Finance Canada Holding Company, Conseco Finance Canada Company, Conseco Finance Loan Company, Rice Park Properties Corporation, Landmark Manufactured Housing, Inc., Conseco Finance Net Interest Margin Finance Corp. I, Conseco Finance Net Interest Margin Finance Corp. II, Green Tree Finance Corp. - Two, Conseco Agency of Nevada, Inc., Conseco Agency of New York, Inc., Green Tree Floorplan Funding Corp., Conseco Agency, Inc., Conseco Agency of Alabama, Inc., Conseco Agency of Kentucky, Inc., and Crum-Reed General Agency, Inc. (collectively, the "CFC Subsidiary Debtors"), (iii) Green Tree Finance Corp. - Five and Green Tree Residual Finance Corp. I (collectively, the "New Debtors"), and Conseco Finance Credit Card Funding Corp.

# EXHIBIT F

## TOPrS Dismissal of Appeal of Order Dismissing Adversary Proceeding

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Conseco, Inc., et al., | ) | |
| | ) | Case No. 02 B 49672 |
| Debtors. | ) | (Jointly Administered) |
| | ) | Honorable Carol A. Doyle |
| * * * * * * * * * * * * * | ) | * * * * * * * * * |
| Official Committee of Trust Originated Preferred | ) | |
| Debt Holders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03 C 5396 |
| | ) | Honorable George W. Lindberg |
| Bank of America, N.A., and | ) | |
| JPMorgan Chase Bank, | ) | |
| Individually, and as Agents for Other Lenders, | ) | |
| | ) | |
| Defendants. | ) | |

### TOPrS COMMITTEE'S DISMISSAL OF APPEAL OF ORDER DISMISSING ADVERSARY PROCEEDING

In accordance with the TOPrS Settlement and the confirmed Reorganizing Debtors' Sixth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, the Notice of Appeal from Order Dismissing Adversary Proceeding (Docket # 69, Case No. 03 A 00659) is hereby dismissed with prejudice.

September _____, 2003

Respectfully, Submitted,

_____
Counsel for the Official Committee
of Trust Originated Preferred
Debt Holders
Jenner & Block, LLC
Daniel R. Murray, Esq.
Catherine Steege, Esq.
One IBM Plaza
Chicago, Illinois 60611
312-222-9350
Fax: 312-527-0484

Saul Ewing LLP
Irving E. Walker, Esq.
100 South Charles Street, 15th Floor
Baltimore, Maryland 21201
(410) 332-8672

Fax:  410-332-8107

## EXHIBIT G

### TOPrS Dismissal of Appeal of Bublitz Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Conseco, Inc., <u>et al.</u>, | ) | |
| | ) | Case No. 02 B 49672 |
| Debtors. | ) | (Jointly Administered) |
| | ) | Honorable Carol A. Doyle |
| \* \* \* \* \* \* \* \* \* | ) | \* \* \* \* \* \* \* \* \* |
| TRUST ORIGINATED PREFERRED | ) | |
| DEBT HOLDERS COMMITTEE, | ) | Case No. 03-CV-5916 |
| | ) | Honorable Wayne R. Andersen |
| Appellant, | ) | |
| | ) | |
| CONSECO, INC., <u>et al.</u>, | ) | |
| | ) | |
| Appellees. | ) | |

## TOPrS COMMITTEE'S DISMISSAL OF APPEAL OF BUBLITZ ORDER

In accordance with the TOPrS Settlement and the confirmed Reorganizing Debtors' Sixth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, the Notice of Appeal by the Official Committee of Trust Originated Preferred Debt Holders from the Bankruptcy Court Order Granting the Debtors' Motion for Order Approving Amended Employment Agreement with Bublitz (Docket #4598, Case No. 02 B 49672) is hereby dismissed with prejudice.

September _____, 2003

Respectfully Submitted,

_____

**Counsel for the Official Committee
of Trust Originated Preferred Debt Holders**
Jenner & Block, LLC
Daniel R. Murray, Esq.
Catherine Steege, Esq.
One IBM Plaza
Chicago, Illinois 60611
312-222-9350
Fax: 312-527-0484

Saul Ewing LLP
Irving E. Walker, Esq.
100 South Charles Street, 15th Floor
Baltimore, Maryland 21201
(410) 332-8672
Fax: 410-332-8107